AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**USA**

vs.

**(1) LIMNER ARTURO DIAZ-LOPEZ**

§
§   CRIMINAL COMPLAINT
§   CASE NUMBER: **EP:19-M -08784(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 03, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Limner Arturo DIAZ-Lopez, an alien to the United States and a citizen of Guatemala was found approximately 7.4 miles east of the Ysleta, Texas Port of Entry in the Western District of Texas. From statements made by the "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Rodriguez, Luis Enrique
Border Patrol Agent

October 7, 2019                    at   EL PASO, Texas
File Date                                City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -08784(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) LIMNER ARTURO DIAZ-LOPEZ**

<u>FACTS   (CONTINUED)</u>

**DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on 06/11/2019 through Valley International Airport, Harlingen, Texas.  DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

<u>IMMIGRATION HISTORY:</u>

**The DEFENDANT has been deported 3 time(s), the last one being to GUATEMALA on June 11, 2019, through VALLEY INTERNATIONAL AIRPORT**

<u>CRIMINAL HISTORY:</u>

**09/12/2012, LARAMIE COUNTY, WYOMING, DRIVING UNDER THE INFLUENCE(M), CNV, 60 DAYS CONFINEMENT/SUSPENDED, 1 YEAR PROBATION, FINE $320..**